IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02515-CMA-KLM

RACHELLE HALLIBURTON,

    Plaintiff,

v.

COLLECTO, INC., a Massachusetts corporation doing business as EOS CCA,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Extend the Discovery Cutoff Date and the Dispositive Motion Deadline** [#21][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**. The Scheduling Order entered on January 8, 2014 [#16], is amended to extend the following deadlines:

- Discovery Cut-Off[2]     **May 19, 2014**
- Dispositive Motion Deadline     **June 19, 2014**

    Dated: May 1, 2014

---

[1] "[#21]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

[2] The Discovery Cut-Off is extended for the limited purpose of taking the deposition(s) of Defendant's Fed. R. Civ. P. 30(b)(6) designee(s).